FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -6  P 4: 13

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALVIN HANSON | * | CIVIL ACTION |
| VERSUS | * | NO: 04-3185 |
| O. KENT ANDREWS, WARDEN | * | SECTION: "J"(6) |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that petitioner's application for habeas corpus relief pursuant to Title 28, United States Code, Section 2254, is hereby **DENIED WITH PREJUDICE as untimely**.

New Orleans, Louisiana, this ___6th___ day of ___January___, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___